1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11 DAWN CAMPBELL,                    )
                                     )   CIVIL NO. SACV 07-864-PLA
12        Plaintiff,                 )
                                     )   ORDER AWARDING EQUAL
13        v.                         )   ACCESS TO JUSTICE ACT
                                     )   ATTORNEY FEES PURSUANT TO
14 MICHAEL J. ASTRUE,                )   28 U.S.C. § 2412(d)
   Commissioner of Social Security,  )
15                                   )
                                     )
16        Defendant.                 )
   _____ )

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19 Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

20 awarded attorney fees under the EAJA in the amount of Three Thousand Six Hundred and

21 Eighty-two dollars ($3,682.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms

22 of the above-referenced Stipulation.

23

24

25 Dated: 1/29/09
                              _____
26                            PAUL L. ABRAMS
                              UNITED STATES MAGISTRATE JUDGE
27

28